DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IRENE FIERRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0148 SMS |
| | ) | |
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PERSONAL |
| | ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ) | ORDER THEREON |
| | ) | |
| IRENE FIERRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ———————————————————— | ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Irene Fierro, having been advised of her

right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence

on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests

shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the

Eastern District of California, the same as if Defendant were personally present, and requests that this

court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice

to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

requirement of her appearance at said time and place.

Defendant  makes this request because of the time, distance and expense involved, travel to Fresno

for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the

number of personal court appearances and minimize the time and expense of travel to court.

1    This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

2

3    DATED:   07-01-08

4    _____   /s/   Irene Fierro
                                           IRENE FIERRO
5

6

7    DATED:   7/10/08

8                                          /s/   Charles J. Lee
                                           CHARLES J. LEE
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10

11

12

13                    **O R D E R**

14    GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be

15    waived at any and all non-substantive pretrial proceedings until further order.

16

17

18

19

20    IT IS SO ORDERED.

21    **Dated:    July 15, 2008**        _____/s/ **Gary S. Austin**_____
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28